**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

JONTE LARON REID,

          Plaintiff,

v.

DR. NANCY MARTHAKIS,

          Defendant.

CAUSE NO.: 3:24-CV-923-TLS-JEM

**OPINION AND ORDER**

This matter is before the Court on a Findings, Report, and Recommendation [ECF No. 47], filed by Magistrate Judge John E. Martin on July 15, 2026.

Federal Rule of Civil Procedure 25(a) provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). On April 7, 2026, the Defendant filed a Notice of Death of Plaintiff Jonte LaRon Reid [ECF No. 38], representing that the Plaintiff died on March 26, 2026. On April 15, 2026, the Court set a deadline of July 8, 2026, for the filing of either a motion to substitute the Plaintiff's successor or representative or a motion to dismiss. ECF No. 41.

In the Report and Recommendation, Judge Martin found that the notice of death was properly served on the parties in accordance with Rule 25(c), more than 90 days had passed, and no motion for substitution had been filed. Thus, Judge Martin recommends that the Court dismiss this case without prejudice.

The Court's review of a Magistrate Judge's Report and Recommendation is governed by 28 U.S.C. § 636(b)(1)(C), which provides as follows:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."). Portions of a recommendation to which no party objects are reviewed for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (citations omitted). Judge Martin gave the parties notice that they had fourteen days to file objections to the Report and Recommendation. ECF No. 47. As of the date of this Opinion and Order, neither party has filed an objection, and the time to do so has passed.

The Court finds no clear error in Judge Martin's recommendation of dismissal without prejudice under Federal Rule of Civil Procedure 25(a)(1).

### CONCLUSION

Therefore, the Court ACCEPTS, IN WHOLE, the Report and Recommendation [ECF No. 47] and ORDERS that the Plaintiff's Complaint is DISMISSED without prejudice.

SO ORDERED on July 31, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT

2